v. The Walt Disney Company